LOCKE LORD BISSELL & LIDDELL LLP
Matt B. McClendon (SBN 256031)
mmcclendon@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone:  213-485-1500
Facsimile:  213-485-1200

Thomas J. Cunningham  (*pro hac vice* application pending)
tcunningham@lockelord.com
J. Matthew Goodin  (*pro hac vice* application pending)
jmgoodin@lockelord.com
Katherine Heid Harris  (*pro hac vice* application pending)
kharris@lockelord.com
111 South Wacker Drive
Chicago, IL  60606
Telephone:  312-443-0700
Facsimile:  312-443-0336

Attorneys for Defendants GMAC MORTGAGE, LLC and
HOMECOMINGS FINANCIAL, LLC (erroneously named
as "Homecomings Financial USA Corporation")

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| FLORENCE STEAN, et al. | CASE NO. C 09-01272 JSW |
| Plaintiffs, | Hon. Jeffery S. White |
| vs. | **[PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL** |
| WELLS FARGO COMPANY, et al. | |
| Defendants. | |

Pursuant to the Notice of Substitution of Counsel filed on April 17, 2009, it is hereby ordered that E. Scott Palmer, Roland P. Reynolds and Frederick A. Haist of PALMER, LOMBARDI & DONOHUE LLP, are withdrawn as counsel of record for Defendants Homecomings Financial, LLC and GMAC Mortgage, LLC; and

Matthew B. McClendon, Thomas J. Cunningham, J. Matthew Goodin and Katherine Heid Harris of LOCKE, LORD, BISSELL & LIDDELL, LLP are substituted, subject to the Court's approval of applications to appear *pro hac vice* by Thomas J. Cunningham, J. Matthew Goodin and Katherine Heid Harris.

**IT IS SO ORDERED.**

Dated: April 20, 2009

_____
Hon. Jeffrey S. White
United States District Judge

2

[PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL
*Stean, et al. v. Wells Fargo Company, et al.*, Case No. C-09-04501-JSW