GREG HULL (Bar No. 57367)
Email: greg.hull@weil.com
MICHAEL MALETIC (Bar No. 237997)
Email: mike.maletic@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant
LEHMAN BROTHERS HOLDINGS INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FLORENCE STEAN, IGNATIUS RUSSO, DOROTHY L. TURNER, BABATUNDE WHITE, KAREN FOMBY, FEBE NATIVIDAD, MARLYN LACANLALE, GLENN ANCHETA, RAY JEFFERSON, ABRAHAM CHUA AND RAMZY MUNIR HADDADIN individually and on Behalf of All Others Similarly Situated | Case No. CV 09 1272 JSW<br><br>**LEHMAN BROTHERS HOLDINGS INC.'S NOTICE OF BANKRUPTCY**<br><br>**(~~PROPOSED~~) ORDER OF STAY** |
| Plaintiffs, | |
| v. | |
| WELLS FARGO & COMPANY, FIRST FRANKLIN LOAN SERVICES, CONSUMER SOLUTIONS, REO LLC ("REO"), NEW CENTURY TRS HOLDINGS, INC. ("NEW CENTURY"), BARCLAYS CAPITAL REAL ESTATE INC. d/b/a HOMEQ SERVICING d/b/a/ THE MONEY STORE, INC., INDYMAC BANK, FSB, LEHMAN BROTHERS HOLDINGS INC. d/b/a/ AURORA LOAN SERVICES LLC, FIRST FEDERAL FINANCIAL CORPORATION d/b/a FIRST FEDERAL BANK OF CALIFORNIA, HOMECOMINGS FINANCIAL USA CORPORATION, LITTON LOAN SERVICING, LP, GMAC MORTGAGE, LLC and DOES 1 through 100 inclusive, | Hon. Jeffrey S. White<br>Courtroom 11, 19th Floor |
| Defendants. | |

1

### **ORDER OF STAY**

2          Upon reading the foregoing Notice of Bankruptcy, it is this 21st day of   April   .

3  2009, by the Northern District of California, ORDERED that the above-captioned action is

4  hereby stayed as against Lehman Brothers Holdings Inc. and the proceedings shall be deferred to

5  the Bankruptcy Court as stated in the Notice of Bankruptcy as to the following Defendant:

6

7  **LEHMAN BROTHERS HOLDINGS INC.**
   **1271 Avenue of the Americas**
8  **New York, NY 10020**

9

10  Dated:   April 21, 2009          _____

11                                   Honorable Jeffrey S. White
                                     United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LEHMAN BROTHERS HOLDINGS INC.'S**
**NOTICE OF BANKRUPTCY PROPOSED**
**ORDER OF STAY**                              **Case No. Case No. CV 09 1272 JSW**