1  GEORGE G. WEICKHARDT (SBN 58586)
   WENDY C. KROG
2  ROPERS, MAJESKI, KOHN & BENTLEY
   201 Spear Street, Suite 1000
3  San Francisco California 94105
   Telephone:    (415) 972-6370
4  Facsimile:    (415) 972-6301
   Email:        gweickhardt@rmkb.com
5                wkrog@rmkb.com

6  Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO

11

| | |
|---|---|
| 12 Florence Stean, Ignatius Russo, Babatunde White, Karen Fomby, Febe Natividad, Marlyn LaCanlale, Glenn Ancheta, Ray Jefferson, Abraham Chua, Romeo Cabalar, Buena A. Escano, Allene Flowers, Conrado D. Ganutan, Tsunemi Ito, James Leblanc, Remy Mendez, Maria Cristina V. Natividad, Dung Nguyen, Danilo M. Palamos, Emmanuel Rodriguez, Arthur Sanchez, Arlan Santos, Gordon Contreas, Mark Biggins, Kenneth & Rosalina Everett, Robert & Charla Andrade, Eric & Jewel Johnson and Ramzy Munir Haddadin individually and on Behalf of All Others Similarly Situated, | Case No. 3:09-01272-JSW<br><br>Judge: Hon. Jeffrey S. White<br><br>**[PROPOSED]** ORDER GRANTING EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT |
| Plaintiffs, | |
| v. | |
| Wells Fargo & Company, First Franklin Loan Services, Consumer Solutions, REO LLC, New Century TRS Holdings, Inc., Barclays Capital Real Estate, Inc. d/b/a HomEq Servicing d/b/a The Money Store, Inc., IndyMac Bank, FSB, Lehman Brothers Holdings, Inc. d/b/a Aurora Loan Servicing, LLC, Empire America, LLC, Specialized Loan Servicing, LLC, JP Morgan Chase Bank, N.A., America's Servicing Company, First Federal Financial Corporation d/b/a First Federal | |

Bank of California, Homecomings Financial USA Corporation, Litton Loan Servicing, LP, Countrywide Home Loans, GMAC Mortgage, LLC and DOES 1 through 100 inclusive,

      Defendants.

Pursuant to the joint Stipulation Extending Time to Respond to First Amended Complaint filed herewith, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant JPMorgan Chase Bank, N.A. is granted a 21 day extension to and including June 2, 2009, to file its responsive pleading.

Dated: May 8, 2009

*/s/ Jeffrey S. White*
HON. JEFFREY S. WHITE
U.S. District Judge

RC1/5306727.1/AB7

2

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT