UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE STEAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>Defendants. | No.: CV 09-1272 JSW<br><br>[PROPOSED] ORDER GRANTING PAGE LIMIT ENLARGEMENT FOR DEFENDANTS' JOINT MOTION TO DISMISS<br>AS MODIFIED HEREIN |

Defendants BARCLAYS CAPITAL REAL ESTATE INC. d/b/a HOMEQ SERVICING (sued herein as "Barclays Capital Real Estate Inc. d/b/a HomEq Servicing d/b/a The Money Store"); CONSUMER SOLUTIONS REO, LLC; FIRSTFED FINANCIAL CORPORATION and FIRST FEDERAL BANK OF CALIFORNIA (sued herein as "First Federal Financial Corporation d/b/a First Federal Bank of California"); BANK OF AMERICA, N.A., COUNTRYWIDE HOME LOANS, FIRST FRANKLIN FINANCIAL CORP. and HOME LOAN SERVICES, INC. d/b/a FIRST FRANKLIN LOAN SERVICES; GMAC MORTGAGE, LLC and HOMECOMINGS FINANCIAL, LLC (sued herein as "Homecomings Financial USA Corporation"); JPMORGAN CHASE BANK, N.A.; LITTON LOAN SERVICING LP; SPECIALIZED LOAN SERVICING LLC; and WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A. d/b/a AMERICA'S SERVICING COMPANY (sued herein as AMERICA'S SERVICING COMPANY) (collectively, "Defendants") and Plaintiffs FLORENCE STEAN, IGNATIUS RUSSO, DOROTHY L. TURNER, BABATUNDE WHITE, KAREN FOMBY, FEBE NATIVIDAD, MARLYN LACANLALE,

GLENN ANCHETA, RAY JEFFERSON, ABRAHAM CHUA, ROMEO CABALAR, BUENA A. ESCANO, ALLENE FLOWERS, CONRADO D. GANUTAN, TSUNEMI ITO, JAMES LEBLANC, REMY MENDEZ, MARIA CRISTINA V. NATIVIDAD, DUNG NGUYEN, DANILO M PALAMOS, EMMANUEL RODRIGUEZ, ARTHUR SANCHEZ, ARLAN SANTOS, GORDON CONTREAS, MARK BIGGINS, KENNETH & ROSALINA EVERETT, ROBERT & CHARLA ANDRADE, ERIC & JEWEL JOHNSON AND RAMZY MUNIR HADDADIN, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), having stipulated to Defendants filing a joint motion to dismiss raising common grounds for moving to dismiss the Second Amended Complaint and, if necessary, separate motions to dismiss raising only issues not raised by the joint motion to dismiss;

IT IS HEREBY ORDERED THAT:

1. All Defendants shall jointly file a motion to dismiss the Second Amended Complaint not to exceed twenty-five (25) pages in length, exclusive of title pages, indices of cases, table of contents, exhibits, and summaries of argument, if required, addressing the grounds for dismissal common to all Defendants; and

2. Each Defendant may file a separate motion to dismiss the Second Amended Complaint not to exceed ten (10) pages in length, exclusive of title pages, indices of cases, table of contents, exhibits, and summaries of argument, if required, addressing only those issues not raised by the joint motion to dismiss.

DATED: June 3, 2009

_____
HON. JEFFREY S. WHITE
United States District Judge

Plaintiffs may have 25 pages to oppose the joint motion and 10 pages to oppose any individual motion filed. The parties reply briefs shall not exceed 20 pages for the joint motion and shall not exceed seven pages for any individual motion. The Court HEREBY ADVISES the parties that depending on the number of individual motions filed, it reserves the right to continue the hearing date currently set to address these motions.