IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLORENCE STEAN, et al.,

    Plaintiffs,

v.

WELLS FARGO & COMPANY, INC., et al.,

    Defendants.

                                                  /

No. C 09-01272 JSW

**ORDER TO SHOW CAUSE**

On June 12, 2009, Defendant Aurora Loan Services LLC filed a motion to dismiss that exceeds the page limits allowed by this Court's Standing Order 6, which provides that "All briefs, whether in support of, in opposition to, or in reply to any motion, with the exception of summary judgment motions and claims construction briefs, may not exceed fifteen pages in length, exclusive of title pages, indices of cases, table of contents, exhibits, and summaries of argument, if required." Aurora's motion is 24 pages. The Court notes that the Plaintiffs and other Defendants have stipulated that a joint motion to be filed by the Defendants shall not exceed 25 pages and that individual motions filed by Defendants shall not exceed ten pages. Aurora is not a party to that stipulation.

Accordingly, Aurora is HEREBY ORDERED TO SHOW CAUSE why the motion should not be rejected for failure to comply with this Court's Standing Order. Aurora's

//

//

//

response shall be due no later that June 17, 2009.

**IT IS SO ORDERED.**

Dated: June 12, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE