UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| MARK BIGGINS, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, *et al.,*<br><br>Defendants. | Case No. CV-09-1272-JSW<br>Hon. Jeffrey S. White<br><br><u>CLASS ACTION</u><br><br>**[~~PROPSSED~~] ORDER DISCHARGING THE COURT'S JUNE 12, 2009 ORDER TO SHOW CAUSE RE MOTION TO DISMISS [DOCKET ENTRY 121]**<br><br>Complaint Filed: March 24, 2009<br>Trial Date: None |

On June 12, 2009, this Court issued an Order to Show Cause concerning Aurora Loan Services LLC's filing a of a motion to dismiss exceeding the maximum page-limit ordered by this Court. On June 12, 2009, Aurora filed its response to the Order to Show Cause. The Court is satisfied with Aurora's response and DISCHARGES the Order to Show Cause.

The Court hereby withdraws Aurora's motion to dismiss filed at Docket Entry 121 and allows Aurora to refile its motion today, June 12, 2009 in compliance with the Court's order setting page limits for defendants' individual motions to dismiss as to plaintiffs' second amended complaint.

IT IS SO ORDERED.

Dated: June 12, 2009

_____
Honorable Jeffrey S. White
United States District Court Judge

{DN005384;1}