– 1 –

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE STEAN, et al.,<br><br>                    Plaintiffs,<br><br>         vs.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>                    Defendants. | No.: CV 09-1272 JSW<br><br>**[PROPOSED]** Order Granting Extension of Time For Defendants to File Reply Briefs In Support of Their Motions to Dismiss Second Amended Complaint |

Defendants BARCLAYS CAPITAL REAL ESTATE INC. d/b/a HOMEQ SERVICING (sued herein as "Barclays Capital Real Estate Inc. d/b/a HomEq Servicing d/b/a The Money Store"); CONSUMER SOLUTIONS REO, LLC; FIRSTFED FINANCIAL CORPORATION and FIRST FEDERAL BANK OF CALIFORNIA (sued herein as "First Federal Financial Corporation d/b/a First Federal Bank of California"); FIRST FRANKLIN FINANCIAL CORP. and HOME LOAN SERVICES, INC. d/b/a FIRST FRANKLIN LOAN SERVICES; COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA; GMAC MORTGAGE, LLC and HOMECOMINGS FINANCIAL, LLC (sued herein as "Homecomings Financial USA Corporation"); LITTON LOAN SERVICING LP; WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A. d/b/a AMERICA'S SERVICING COMPANY (sued herein as AMERICA'S SERVICING COMPANY); AURORA LOAN SERVICES, LLC; and PROVIDENT FUNDING ASSOCIATES, L.P. (collectively, "Defendants") and Plaintiffs MARK BIGGINS, IGNATIUS RUSSO, BABATUNDE

– 2 –

WHITE, KAREN FOMBY, FEBE NATIVIDAD, GLENN & JACQUELINE ANCHETA, RAY JEFFERSON, ABRAHAM CHUA, ROMEO CABALAR, BUENA A. ESCANO, ALLENE FLOWERS, CONRADO & ELIZABETH GANUTAN, JAMES LEBLANC, REMY MENDEZ, MARIA CRISTINA V. NATIVIDAD, DUNG NGUYEN, GORDON CONTREAS, MARK BIGGINS, KENNETH & ROSALINA EVERETT, ROBERT & CHARLA ANDRADE, and ERIC & JEWEL JOHNSON, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), having stipulated to allow Defendants until July 6, 2009, to file any reply briefs in support of their motions to dismiss the Second Amended Complaint in this action,

IT IS HEREBY ORDERED THAT:

Defendants shall have until July 6, 2009, to file any reply briefs in support of their motions to dismiss the Second Amended Complaint in this action.

DATED: July 2, 2009

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE